UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE MOSES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-5459** |
| **TRAVELERS' INSURANCE COMPANY** | **SECTION: "S" (3)** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that the unopposed motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c), of Standard Fire Insurance Company, incorrectly identified as Travelers' Insurance Company, is **GRANTED**. (Document # 9.)

Standard Fire Insurance Company (Standard) contends that the complaint fails to state a claim because Willie Moses was not insured by Standard on August 29, 2005. Standard issued a flood insurance policy to Moses, effective from July 11, 2004 to July 11, 2005. Standard argues that Moses did not renew the policy within 30 days of the policy expiration date and that they did not receive his check for a renewal until August 30, 2005, two days after Hurricane Katrina and fifty days after the expiration of his policy. Standard submits documentation to support its argument. (See document #9-2).

Every effort has been made to contact Moses through his counsel. Pleadings have been

sent to two mailing addresses, and inquiries have been made by telephone, e-mail, and by FAX. However, Moses has not filed a response to Standard's motion and argument.

Accordingly, Standard's Rule 12(c) motion is granted.

New Orleans, Louisiana, this  19th  day of July, 2007.

_____
 **MARY ANN VIAL LEMMON**
 **UNITED STATES DISTRICT JUDGE**